### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**JAMES R. VANLANINGHAM, JR.**                                    **PLAINTIFF**

**VERSUS**                           **CIVIL ACTION NO. 1:25-cv-00008-BWR**

**BURL CAIN, et al.**                                              **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [45] for Summary Judgment for Failure to Exhaust Administrative Remedies filed by the Defendants Nurse Practitioner Shiela Mickle; Vital Core Health Strategies; CEO Viola Riggins; and Charmaine McCleave is **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motion [60] for Summary Judgment filed by the Medical Defendants is **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motion [64] for Summary Judgment for Failure to Exhaust Administrative Remedies filed by Burl Cain, Dr. Timothy Donovan, and Superintendent Brand Huffman is **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**, and this case is **CLOSED**.

**SO ORDERED AND ADJUDGED**, this the 16th day of March, 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE